# EXHIBIT A

# Tom Hiddleston declares his love for Taylor Swift in most embarrassing way

**Patrick Ryan (http://www.usatoday.com/staff/3813/patrick-ryan/)**, USA TODAY    *10:57 p.m. EDT July 4, 2016*



**Happy Fourth, you two.** *(Photo: Getty Images)*

Cute, or total PDA overkill?

As inevitable as death and a Meryl Streep Golden Globe nomination, Taylor Swift hosted her annual fireworks display of beautiful people to ring in the Fourth of July. The seaside bash, hosted Saturday at her Rhode Island getaway, featured the singer's familiar flock of popular pals, including models Gigi Hadid, Karlie Kloss, Cara Delevingne, and Ruby Rose.

While ex-boyfriend (/story/life/music/2016/06/01/taylor-swift-and-calvin-harris-have-split-up/85267814/) Calvin Harris was no longer needed for piggy-back rides (http://media3.popsugar-assets.com/files/thumbor/Oovb6HD5vljYxt2f9cRkNlAPkus/fit-in/1024x1024/filters:format_auto-!!-:strip_icc-!!-/2015/07/03/062/n/1922398/67c6d625a0c62ad5_11357641_1454035174916928_1810595959_n/i/Tayl Swift-Calvin-Harris-Together-Fourth-July.jpg) at this year's celebration, new beau Tom Hiddleston was around to give her a lift — sporting an "I Love T.S." tank and a pink heart on his arm with a "T" in the center.

ADVERTISING



inRead *invented by Teads*

dailycelebstyles • 2 months ago          Follow



#TaylorSwift and #TomHiddleston at her annual #4thOfJuly Party in #RhodeIsland - #style #fashion #streetstyle #casual #chic #highfashion #redcarpet #couture #makeup #model #hollywood #goals #inspiration #Runway #flawless #beauty #feedgoals #styleinspo #outfitideas #red #swimsuit #forever21 #hiddleswift #taymerica #relationshipgoals

68 likes    9 comments

![1061bli logo] **1061bli** • 2 months ago                                   Follow



It was all fun & games until #TomHiddleston wore a shirt that said "I <3 T.S." Too much, Tom, waaay too much! -@BensonOnAir #taylorswift #hiddleswift

92 likes        10 comments

The on-the-nose garment warranted a lot of eye-rolling on Twitter and even resulted in this perfect response from *Saturday Night Live*'s Aidy Bryant:



> **Aidy Bryant**
> @aidybryant                                Follow
>
> If my boyfriend went swimming in a tank top that said, "I ❤AB," the talk later at home would be all, "I need u 2 cultivate ur own life."
>
> 6:18 AM - 4 Jul 2016
>
>        917        3,318

It's yet another cutesy display of affection for the not-so-private pair, who have been spotted canoodling (/story/life/entertainthis/2016/06/16/taylor-swift-calvin-harris-tom-hiddleston/85970578/), grooving (/story/life/entertainthis/2016/06/22/taylor-swift-tom-hiddleston-hiddleswift-selena-gomez-concert-nashville/86222722/) and schmoozing (/story/life/entertainthis/2016/06/25/taylor-swift-and-tom-hiddleston-meet-parents/86383264/) with the parents literally all over the world. So far, no snaps from Swift with Hiddleston, although she did share this Fourth of July pic on Instagram, featuring Uzo Aduba, Este Haim and (a very pregnant (https://www.instagram.com/p/BHbQsNsAUmJ/)) Blake Lively:

**taylorswift** • 2 months ago    Follow



Happy 4th from us ❤

2.3m likes     27.4k comments

Read or Share this story: http://usat.ly/29qYsO9

